UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN MITCHELL ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 2:21-CV-29-FL |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2022, that this case is dismissed for failure to prosecute.

**This Judgment Filed and Entered on June 17, 2022, and Copies To:**
Kelvin Mitchell (via US mail) 648 Glovers Cross Road, Colerain, NC 27924
David N. Mervis (via CM/ECF)

June 17, 2022                         PETER A. MOORE, JR. CLERK

                                                   /s/ Sandra K. Collins
                                                  (By) Sandra K. Collins, Deputy Clerk